1  MICHELE BECKWITH
   Acting United States Attorney
2  CHAN HEE CHU
   Assistant United States Attorney
3  MISDEMEANOR UNIT
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5

6  Attorneys for Plaintiff
   UNITED STATES OF AMERICA
7

8
                    UNITED STATES DISTRICT COURT
9
                    EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,            Case No. 1:25-po-00086-SAB

12 |            Plaintiff,                [Citation #E1926118, CA28]

13 | v.
                                          MOTION AND ORDER FOR DISMISSAL
14 | ELIZABETH L. SCHUFFERT,

15 |            Defendant.

16

17

18     The United States of America, by and through Michele Beckwith, Acting United States Attorney,

19 and Chan Hee Chu, Assistant United States Attorney, hereby moves to dismiss Case No. 1:25-po-00086-

20 SAB [Citation #E1926118, CA28] against ELIZABETH L. SCHUFFERT, without prejudice, in the

21 interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

22

23  DATED: May 13, 2025                       Respectfully submitted,

24                                            MICHELE BECKWITH
                                              Acting United States Attorney
25
                                    By:       /s/ *Chan Hee Chu*
26                                            CHAN HEE CHU
                                              Assistant United States Attorney
27

28

                                              1

**O R D E R**

IT IS HEREBY ORDERED that Case No. 1:25-po-00086-SAB [Citation #E1926118, CA28] against ELIZABETH L. SCHUFFERT be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated: __May 14, 2025__

_____
STANLEY A. BOONE
United States Magistrate Judge